Jeff S. BRIGGS

v.

R. E. SCHIERENBERG et al.

No. 6659.

United States Court of Appeals
Tenth Circuit.

April 11, 1961.

No attorney for appellant.

Philip H. Sheridan, Denver, Colo., William B. Paynter, Brush, Colo., and Rich-

ard B. Paynter, Fort Morgan, Colo., for appellees.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed for failure of appellant diligently to prosecute same.